James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
Email: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

Attorneys for Defendant,
APL Co. Pte Ltd s/h/a American President Lines

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| HARTFORD FIRE INSURANCE COMPANY a/s/o WOODBRIDGE INDUSTRIES, INC., Plaintiff, -against- AMERICAN PRESIDENT LINES, Defendant. | 08 Civ. 5326 (WHP) <br><br> **NOTICE OF APPEARANCE** |
|---|---|

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that James H. Hohenstein and Lissa D. Schaupp of Holland & Knight LLP hereby appear in this action as counsel for APL Co. Pte Ltd, sued here as American President Lines. All pleadings and correspondence should be served as follows:

    James H. Hohenstein
    Lissa D. Schaupp
    Holland & Knight LLP
    195 Broadway
    New York, NY 10007
    Attorneys for Defendant APL Co. Pte Ltd s/h/a American President Lines

Dated: New York, New York
      July 3, 2008

                          HOLLAND & KNIGHT LLP

                          By: _____
                              James H. Hohenstein
                              Lissa D. Schaupp
                          195 Broadway
                          New York, New York  10007
                          212-513-3200
                          212-385-9010 (telefax)

                          Attorneys for Defendant,
                          APL Co. Pte Ltd s/h/a
                          American President Lines

# 5455296_v1