James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
Email: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

Attorneys for Defendant,
APL CO. PTE LTD. (s/h/a AMERICAN PRESIDENT LINES)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY a/s/o Woodbridge Industries, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> AMERICAN PRESIDENT LINES, <br><br> Defendant. | 08 Civ. 5326 (WMP)(DFE) <br><br> **RULE 7.1 STATEMENT** |

I, James H. Hohenstein, attorney of record for Defendant APL Co. Pte Ltd. (sued here as American President Lines) having filed an initial pleading in the captioned action, states the following pursuant to Federal Rule of Civil Procedure 7.1:

APL Co. Pte Ltd is a wholly-owned subsidiary of APL (Bermuda) Ltd., which is a wholly-owned subsidiary of Neptune Orient Lines, Ltd., which is publicly traded on the Singapore Stock Exchange.

Dated:       New York, New York
             July 17, 2008

                                            HOLLAND & KNIGHT LLP

                                    By: _____
                                            James H. Hohenstein
                                            Lissa D. Schaupp
                                            HOLLAND & KNIGHT LLP
                                            195 Broadway
                                            New York, New York 10007
                                            Telephone: 212-513-3200
                                            Telefax: 212-385-9010
                                            E-mail: jim.hohenstein@hklaw.com
                                                                 lissa.schaupp@hklaw.com

                                            Attorneys for Defendant,
                                            *APL Co. Pte Ltd.*
                                              *(s/h/a American President Lines)*

\# 5478027_v1