

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARTFORD FIRE INSURANCE COMPANY
a/s/o WOODBRIDGE INDUSTRIES, INC.,

Plaintiff,

-against-

AMERICAN PRESIDENT LINES,

Defendant.

08 Civ. 5326 (WHP)

**STIPULATION** & ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the time in which APL Co. Pte. Ltd. sued here as American President Lines, may answer, appear or otherwise move with respect to the Complaint is hereby extended up to and including July 17, 2008.

Dated: New York, New York
       July 2, 2008

**BADIAK & WILL LLP**
Attorneys for Plaintiff, Hartford Fire Insurance
Company a/s/o Woodbridge Industries, Inc.

By: _____
        James P. Krauzlis
106 3rd Street
Mineola, New York 11501
Telephone: 516-877-2225

**HOLLAND & KNIGHT LLP**
Attorneys for Defendant, APL Co. Pte Ltd
s/h/a American President Lines

By: _____
        James H. Hohenstein
        Lissa D. Schaupp
195 Broadway
New York, New York 10007
Telephone: 212-513-3200

SO ORDERED:

_____
U.S.D.J.
# 5448285_v1

William H. Pauley III
7/28/2008