UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

HARTFORD FIRE INS. CO.
*as subrogor of*
Woodbridge Indus., Inc.,

          Plaintiff,          08 Civ. 5326 (WHP)

          -against-          SCHEDULING ORDER

AMERICAN PRESIDENT LINES,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2008

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for an August 15, 2008 conference, the following is established on consent:

        (1) Discovery shall be completed by January 9, 2009;

        (2) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by February 6, 2008; and

        (3) This Court will hold a final pre-trial conference on February 13, 2009 [2008 struck through] at 10:00 a.m.

Dated: August 15, 2008
       New York, New York

                            SO ORDERED:

                            _____
                            WILLIAM H. PAULEY III
                            U.S.D.J.

*Counsel of Record:*

James Paul Krauzlis, Esq.
Badiak & Will, LLP
106 Third Street
Mineola, NY 11501-4404
*Counsel for Plaintiff*

James H. Hohenstein, Esq.
Holland & Knight LLP
195 Broadway
New York, NY 10007
*Counsel for Defendant*